|    |    |    |
|----|----|----|
| 1  |    |    |
| 2  |    |    |
| 3  |    |    |
| 4  |    |    |
| 5  |    |    |
| 6  |    |    |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| 9 | COORDINATED CARE CORPORATION and COORDINATED CARE OF WASHINGTON, INC., | No. 2:17-cv-01180 |
| 11 | Plaintiffs, | DECLARATION OF SERVICE |
| 12 | v. | |
| 13-23 | QLIANCE MEDICAL GROUP OF WASHINGTON PC d/b/a QLIANCE MEDICAL GROUP OF WA PC d/b/a QLIANCE MEDICAL GROUP OF WA d/b/a QLIANCE MEDICAL GROUP OF WASHINGTON; QLIANCE GLOBAL MANAGEMENT CORPORATION; QLIANCE MANAGEMENT INC. d/b/a QLIANCE MANAGEMENT; QLIANCE MEDICAL MANAGEMENT INC.; STATE OF WASHINGTON DEPARTMENT OF REVENUE; MERCHANT FUNDING SERVICES LLC; SATURN FUNDING, LLC; NEW ERA LENDING LLC; FIRST PREMIER FUNDING, LLC; CHERYL KILODAVIS; ERIKA BLISS MD; NH ACQUISITION CORPORATION; EIN CAP, INC.; GENERAL ELECTRIC CAPITAL CORPORATION; GE HFS, LLC; and CORPORATION SERVICE COMPANY | |
| 24 | Defendants. | |

DECLARATION OF SERVICE - 1
(No.  2:17-cv-01180)

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

93886712.1 0049368-00025

| | | |
|---|---|---|
| 1 | DATED:  August 25, 2017 | |
| 2 | | STOEL RIVES LLP |
| 3 | | |
| 4 | | s/ Maren R. Norton |
| | | Maren R. Norton, WSBA No. 35435 |
| 5 | | maren.norton@stoel.com |
| 6 | | STOEL RIVES LLP |
| | | 600 University Street, Suite 3600 |
| 7 | | Seattle, WA  98101 |
| | | Telephone:  (206) 624-0900 |
| 8 | | Facsimile:  (206) 386-7500 |
| 9 | | Attorneys for the Plaintiffs |

DECLARATION OF SERVICE - 2
(No.  2:17-cv-01180)

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

93886712.1 0049368-00025

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-cv-01180-RSM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* First Premier Funding, LLC

was received by me on *(date)* 08/14/2017 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Mike Karia @ 1:29 p.m. , who is
designated by law to accept service of process on behalf of *(name of organization)* MK Consulting I, Inc., 54
Merion Road, Dover, DE 19904 on *(date)* 08/14/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/14/2017

*Tina Irizarry* (signature)
*Server's signature*

Tina Irizarry-Process Server
*Printed name and title*

1111B S. Governors Ave.
Dover, DE 19904
*Server's address*

Additional information regarding attempted service, etc:

Description of person served: Pakistanian male approximately 5'8", 160 lbs, bald, 65-70 years of age.

Additional documents served: Complaint in Interpleader-1 & Initial Scheduling Dates.