UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COORDINATED CARE CORPORATION and COORDINATED CARE OF WASHINGTON, INC., <br><br> Plaintiffs, <br><br> v. <br><br> QLIANCE MEDICAL GROUP OF WASHINGTON PC d/b/a QLIANCE MEDICAL GROUP OF WA PC d/b/a QLIANCE MEDICAL GROUP OF WA d/b/a QLIANCE MEDICAL GROUP OF WASHINGTON; QLIANCE GLOBAL MANAGEMENT CORPORATION; QLIANCE MANAGEMENT INC. d/b/a QLIANCE MANAGEMENT; QLIANCE MEDICAL MANAGEMENT INC.; STATE OF WASHINGTON DEPARTMENT OF REVENUE; MERCHANT FUNDING SERVICES LLC; SATURN FUNDING, LLC; NEW ERA LENDING LLC; FIRST PREMIER FUNDING, LLC; CHERYL KILODAVIS; ERIKA BLISS MD; NH ACQUISITION CORPORATION; EIN CAP, INC.; GENERAL ELECTRIC CAPITAL CORPORATION; GE HFS, LLC; and CORPORATION SERVICE COMPANY <br><br> Defendants. | No. 2:17-cv-01180-MJP <br><br> ORDER GRANTING PARTIAL DISMISSAL WITH PREJUDICE |

This matter having come before the above-entitled Court on the Stipulation of Plaintiffs Coordinated Care Corporation ("*CCC*") and Coordinated Care of Washington, Inc. ("*CCW*," and collectively with CCC, the "*Plaintiffs*"), and Defendants General Electric Company successor-by-merger to General Electric Capital Corporation and GE HFS, LLC (collectively, the "*GE Defendants*"), the parties being represented by counsel, the Court having reviewed the records and files herein, it is hereby ORDERED

1. That the Complaint in the above-entitled action is dismissed solely as against the GE Defendants with prejudice and without any costs, disbursements or attorneys' fees; and

2. This action shall continue as to all other named Defendants.

The clerk is ordered to provide copies of this order to Plaintiff and to all counsel.

Dated this 29th day of September, 2017.

Marsha J. Pechman
United States District Judge