HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COORDINATED CARE CORPORATION and COORDINATED CARE OF WASHINGTON, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>QLIANCE MEDICAL GROUP OF WASHINGTON PC d/b/a QLIANCE MEDICAL GROUP OF WA PC d/b/a QLIANCE MEDICAL GROUP OF WA d/b/a QLIANCE MEDICAL GROUP OF WASHINGTON; QLIANCE GLOBAL MANAGEMENT CORPORATION; QLIANCE MANAGEMENT INC. d/b/a QLIANCE MANAGEMENT; QLIANCE MEDICAL MANAGEMENT INC.; STATE OF WASHINGTON DEPARTMENT OF REVENUE; MERCHANT FUNDING SERVICES LLC; SATURN FUNDING, LLC; NEW ERA LENDING LLC; FIRST PREMIER FUNDING, LLC; CHERYL KILODAVIS; ERIKA BLISS MD; NH ACQUISITION CORPORATION; EIN CAP, INC.; GENERAL ELECTRIC CAPITAL CORPORATION; GE HFS, LLC; and CORPORATION SERVICE COMPANY<br><br>Defendants. | No. 2:17-cv-01180-MJP<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR RELIEF FROM THE REQUIREMENTS OF THE COURT'S ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT, OR IN THE ALTERNATIVE, AN EXTENSION OF TIME TO COMPLY WITH THE ORDER |

ORDER GRANTING PLAINTIFFS' MOTION FOR RELIEF
FROM REQUIREMENTS OF COURT'S ORDER - 1
(Case No. 2:17-cv-01180-MJP)

Pursuant to the Plaintiffs' Motion for Relief from the Requirements of the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement, or in the Alternative (Dkt. #s 3, 19, and 31), an Extension of Time to Comply with the Order and LCR 7(d)(2), and good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs are exempted from the requirements in the Court's August 10, 2017, Order.

DATED this 20th day of November, 2017.

*[signature]*

Marsha J. Pechman
United States District Judge

Presented by:

STOEL RIVES LLP

s/Maren R. Norton
Maren R. Norton, WSBA #35435
s/J. Scott Pritchard
J. Scott Pritchard, WSBA #50761
maren.norton@stoel.com
scott.pritchard@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500

Attorneys for the Plaintiffs

ORDER GRANTING PLAINTIFFS' MOTION FOR RELIEF
FROM REQUIREMENTS OF COURT'S ORDER - 2
(Case No. 2:17-cv-01180-MJP)

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone (206) 624-0900*