HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COORDINATED CARE CORPORATION and COORDINATED CARE OF WASHINGTON, INC., <br><br> Plaintiffs, <br><br> v. <br><br> QLIANCE MEDICAL GROUP OF WASHINGTON PC d/b/a QLIANCE MEDICAL GROUP OF WA PC d/b/a QLIANCE MEDICAL GROUP OF WA d/b/a QLIANCE MEDICAL GROUP OF WASHINGTON; QLIANCE GLOBAL MANAGEMENT CORPORATION; QLIANCE MANAGEMENT INC. d/b/a QLIANCE MANAGEMENT; QLIANCE MEDICAL MANAGEMENT INC.; STATE OF WASHINGTON DEPARTMENT OF REVENUE; MERCHANT FUNDING SERVICES LLC; SATURN FUNDING, LLC; NEW ERA LENDING LLC; FIRST PREMIER FUNDING, LLC; CHERYL KILODAVIS; ERIKA BLISS MD; NH ACQUISITION CORPORATION; EIN CAP, INC.; GENERAL ELECTRIC CAPITAL CORPORATION; GE HFS, LLC; and CORPORATION SERVICE COMPANY <br><br> Defendants. | No. 2:17-cv-01180-MJP <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO DEPOSIT FUNDS, TO DISMISS AND DISCHARGE LIABILITY AND FOR AWARD OF ATTORNEYS' COSTS AND FEES <br><br> **NOTE ON MOTION CALENDAR:** <br> **December 8, 2017** |

[PROPOSED] ORDER TO INTERPLEAD AND DISMISS - 1
(Case No. 2:17-cv-01180-MJP)

This matter having come before the above-entitled Court on the Motion of Plaintiffs Coordinated Care Corporation ("CCC") and Coordinated Care of Washington, Inc. ("CCW," and collectively with CCC, the "Plaintiffs") for Leave to Deposit Funds, to Dismiss and Discharge Liability, and for an Award of Attorneys' Costs and Fees (the "Motion"). The Court having reviewed the records and files herein, and after careful consideration, it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. Plaintiffs are granted leave to deposit the Obligation (as defined below) in the Court's Registry.

3. The Clerk of the Court shall receive and deposit into the Court's Registry funds in the amount of $75,000.00 less Plaintiffs' attorneys' fees (to be determined upon entry of this Order), which represents the full amount owed under a now terminated group provider agreement, pursuant to which Defendant Qliance WA provided or arranged for the provision of certain medical services to persons enrolled in a health benefit plan issued or administered by Coordinated Care Corporation (the "Obligation").

4. Upon the deposit of the Obligation, Plaintiffs shall be, and hereby are, dismissed from the captioned action with prejudice and discharged from any and all liability to the Defendants arising out of or relating to the Obligation.

5. Defendants shall be permanently enjoined from making any further actual or implied claims, demands and causes of action, asserted or unasserted, liquidated or unliquidated, or bringing any action or proceeding in any forum, arising out of or in connection with the Obligation.

///
///
///
///

[PROPOSED] ORDER TO INTERPLEAD AND DISMISS- 2
(Case No. 2:17-cv-01180-MJP)

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

94439811.1 0049368-00025

6. Within _15_ days of this order, Plaintiffs shall submit to the Court all appropriate documentation of the attorneys' fees and costs for which they seek an award.

DATED this _14_ day of _December_, 2017.

_____
Honorable Marsha J. Pechman
U.S. District Court Judge

Presented by:

STOEL RIVES LLP

/s/Maren R. Norton
Maren R. Norton, WSBA No. 35435
Attorneys for the Plaintiffs

[PROPOSED] ORDER TO INTERPLEAD AND DISMISS- 3
(Case No. 2:17-cv-01180-MJP)

94439811.1 0049368-00025

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900