UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COORDINATED CARE CORPORATION AND COORDINATED CARE OF WASHINGTON, INC.,<br><br>Plaintiff,<br><br>v.<br><br>QLIANCE MEDICAL GROUP OF WASHINGTON PC, DBA QLIANCE MEDICAL GROUP OF WA PC, et al<br><br>Defendants. | No. 2:17-cv-01180<br><br>STIPULATED ORDER TO DISBURSE INTERPLEAD FUNDS |

This matter came before the Court up on the Stipulated Motion for Order to Disburse Interplead Funds (the "Motion") brought by Defendants First Premier Funding, LLC ("First Premier Funding") and the State of Washington, Department of Revenue (the "Department") for an order disbursing interplead funds, and the Court finding that all necessary parties received notice of the Motion and that both First Premier Funding and the Department have established their respective priorities to the Funds by their Declarations in Support of Clams, which such priority is senior to any other party, the Court issues the following orders:

1.      Within ten (10) days of entry of this order, Plaintiff Coordinated Care Corporation and Coordinated Care of Washington, Inc. ("Plaintiffs") shall deposit the sum of $75,000.00 (the

"Funds") into the Court registry for the United States District Court, Western District of Washington, if Plaintiffs have not yet deposited the Funds.

2. Plaintiffs' reasonable attorney's fees and costs shall be paid and disbursed from the Funds after Plaintiffs have submitted to the Court all appropriate documentation of their reasonable attorney's fees and costs and all parties have had the opportunity to object to the reasonableness of Plaintiffs' fees and costs.

3. After the Funds are deposited and Plaintiffs' reasonable attorney's fees and costs are paid, First Premier Funding's claim shall be paid, to the extent funds are available from the Funds, up to the amount of $46,584.52 to which First Premier Funding is entitled as established by the Declaration of Douglas E. Robinson in Support of Validity of Claim to Interplead Funds Such funds shall be made payable to First Premier Funding, LLC and disbursed and mailed to Laurin S. Schweet, Schweet Linde & Coulson, PLLC, 575 S. Michigan St., Seattle, WA 98108.

4. After payment and disbursement to First Premier Funding, any balance remaining from the Funds shall be paid towards Department's claim. Such funds shall be made payable to the State of Washington, Department of Revenue, and disbursed and mailed to Zachary Mosner, Washington State Attorney General, 800 5th Ave. Ste 2000, Seattle, WA 98104-3188.

DATED this 14 day of December, 2017

*[signature]*

The Honorable Marsha J. Pechman, United States District Court

STIPULATED ORDER TO DISBURSE INTERPLEAD FUNDS- 2

SCHWEET LINDE & COULSON, PLLC
575 S. MICHIGAN ST.
SEATTLE, WA 98108
P (206) 275-1010 F (206) 381-0101

Presented and stipulated to by:

SCHWEET LINDE & COULSON, PLLC

_____
Laurin S. Schweet, WSBA 16431
Jacob D. Rosenblum, WSBA 42629
Attorneys for First Premier Funding, LLC

DEPARTMENT OF REVENUE

/s/ Zachary Mosner*
Zachary Mosner, WSBA 9566
Attorney for the State of Washington

*Per email authority to sign electronically on December 7, 2017