# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| COORDINATED CARE CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> QLIANCE MEDICAL GROUP OF WASHINGTON PC, <br><br> Defendants. | CASE NO. C17-1180 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court, on its own motion, STRIKES the order entered on December 15, 2017 granting some of the Defendants' stipulated motion to disburse interpleader funds. Dkt. No. 44. The motion, which was noted for December 29, 2017, was inadvertently granted prematurely. The matter will remain open until the noting date, at which point the Court will rule on the motion.

1

2  The clerk is ordered to provide copies of this order to all counsel.

3  Filed: December 19, 2017.

4
                                            William M. McCool
5                                             Clerk of Court

6                                             s/Paula McNabb
                                            Deputy Clerk