UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COORDINATED CARE CORPORATION AND COORDINATED CARE OF WASHINGTON, INC., <br><br> Plaintiff, <br><br> v. <br><br> QLIANCE MEDICAL GROUP OF WASHINGTON PC, et al., <br><br> Defendants. | CASE NO. C17-1180-MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court has reviewed the Declaration of Maren R. Norton in Support of Attorneys' Fees and Costs filed by Plaintiffs Coordinated Care Corporation and Coordinated Care of Washington, Inc. (Dkt. No. 49) and the objections thereto filed by Counter Claimant First Premier Funding, LLC (Dkt. No. 50). Plaintiffs have until January 5, 2018 to file their response to the objections, not to exceed three (3) pages in length.

The clerk is ordered to provide copies of this order to all counsel.

Filed December 29, 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER - 2