UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COORDINATED CARE CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> QLIANCE MEDICAL GROUP OF WASHINGTON PC, et al., <br><br> Defendants. | CASE NO. C17-1180 MJP <br><br> ORDER ON REQUEST FOR ATTORNEYS' FEES |

The Court is in the process of considering a Stipulated Motion to Disburse Interplead Funds. (Dkt. No. 42.) Before that motion can be finally adjudicated, however, the question of the amount of attorney fees and costs due to Plaintiffs' counsel needs to be settled.

Plaintiffs' counsel, via the Declaration of Maren Norton (Dkt. No. 49), submitted a request for attorneys' fees and costs totaling $35,445.81 (to be paid out of the interplead fund of $75,000)[1]. That request was opposed by Defendant First Premier Funding (one of the two

---

[1] When the Court consulted with the Western District of Washington Finance Department (on February 16, 2017), the interplead funds had not been deposited into the Court Registry, despite a December 14, 2017 order granting

defendants submitting the disbursal request; *see* Dkt. No. 50); Plaintiffs responded to that objection with a reply brief. (Dkt. No. 53.)

The Court notes from the outset that, for what is a relatively routine interpleader action with a minimum of activity or complications, Plaintiffs' attorneys' fees request appears excessive. This assessment is exacerbated by the failure of Plaintiffs' counsel to submit any billing records to indicate why and how four attorneys (some charging $400/hour) required a total of 70 hours to complete their work on this rather straightforward legal proceeding. With that in mind,

IT IS ORDERED that Plaintiffs' attorneys will submit to the Court, by no later than **February 27, 2018**, the documentation supporting their request for attorneys' fees in this matter; any accompanying briefing shall not exceed twelve (12) pages in length. Defendant First Premier will have seven (7) days from the date of that filing to submit any objections, subject to the same page limit.

The clerk is ordered to provide copies of this order to all parties.

Dated: February 20, 2018.

Marsha J. Pechman
United States District Judge

---

Plaintiffs leave to deposit the funds. If they have not already done so, Plaintiffs are ordered to deposit the funds forthwith, or show cause by February 23, 2018 why they have not done so.