UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COORDINATED CARE CORPORATION et al., <br><br> Plaintiffs, <br><br> v. <br><br> QLIANCE MEDICAL GROUP OF WASHINGTON PC et al., <br><br> Defendants. | CASE NO. C17-1180 MJP <br><br> ORDER GRANTING MOTION TO WITHDRAW MOTION TO WITHDRAW AND/OR MODIFY AS MOOT |

THIS MATTER came on before the Honorable Marsha J. Pechman upon the Motion of Qliance Medical Group of Washington PC, by and through its Chapter 7 Bankruptcy Trustee, Edmund J. Wood. The Court has considered the records and files herein, the motion and the underlying Motion to Reopen and Motion to Clarify and/or Modify Prior Order, and any response by Plaintiffs, now therefore

IT IS HEREBY ORDERED that the Qliance Trustee shall be and is hereby authorized to withdraw the Motion to Reopen and Motion to Clarify and/or Modify Prior Order as the same are moot.

The clerk is ordered to provide copies of this order to all counsel.

Dated November 7, 2019.

Marsha J. Pechman
United States District Judge